IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY D. NEAL,

        Petitioner,

v.                                 4:06cv184-WS

M. L. RIVERA,

        Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation docketed May 31, 2006.  See Doc. 5.  The magistrate judge recommends that the petitioner's petition for habeas corpus be dismissed for failure to prosecute.  The petitioner has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

2.  Petitioner's petition for writ of habeas corpus (doc. 1), and this case, are hereby DISMISSED without prejudice for failure to prosecute.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this __3rd__ day of _July_, 2006.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE